IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ALABAMA

SOUTHERN DIVISION

| | |
|---|---|
| U.S. SMALL BUSINESS ADMINISTRATION as Receiver for ALABAMA SMALL BUSINESS INVESTMENT COMPANY<br><br>    Plaintiff,<br><br>v.<br><br>RONALD HATCHER d/b/a RON HATCHER'S AUTOMOTIVE AND TRANSMISSION CENTER and RONALD HATCHER, individually, and GLORIA HATCHER,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. CV-01-B-1901-S<br>)<br>) RELATED CASE:<br>) Civil Action No. 97-G-1471-S<br>)<br>)<br>)<br>)<br>) |

FILED 01 SEP 25 AM 9:44 U.S. DISTRICT COURT N.D. OF ALABAMA

ENTERED SEP 2 5 2001

### FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant, **Gloria Hatcher**, pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

    1.    The Summons and Complaint were served upon Defendant, **Gloria Hatcher**, on August 6, 2001; Defendant, **Gloria Hatcher**, has failed to appear, plead, or otherwise defend.

    2.    Defendant, **Gloria Hatcher**, is not an infant or incompetent person, nor has Defendant, **Gloria Hatcher**, been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant, **Gloria Hatcher**, is indebted to Plaintiff in the principal sum of $108,385.94, costs of $45.00, court costs of $150.00 pursuant to 28 U.S.C. § 2412(a)(2), and interest of $4,864.00 through September 12, 2001, and at the rate of 9% per annum until date of judgment, plus interest from the date of judgment at the prevailing legal rate per annum.

4. Plaintiff is due to recover from Defendant, **Gloria Hatcher**, the total sum of $113,444.94, plus interest from September 12, 2001, until date of judgment at the rate of 9 percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full. A judgment will enter accordingly.

Done this the 25th day of September, 2001.

Seann Lovelace Blackburn
UNITED STATES DISTRICT JUDGE